(COPY 2 OF 3).                                April 17, 2023

STATE OF: FLORIDA                    Correctional Medical Authority
COUNTY OF: HAMILTON                  The Capitol, Ste. 705
                                     Tallahassee, Florida
                                                32399

                                     (RE: CORRUPT – UNLICENSED
                                      MEDICAL STAFF Abuse:)

         SWORN AFFIDAVIT

FILED 2023 APR 25 PM 1:50 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

I, Andre L. SHEFFIELD, #116194 SWEAR UNDER PENALTY OF Perjury THAT The Following Statement Is True Correct And MADE OF My Own Free Will From my Own personal Knowledge.

CHIEF Health Officer, And The Hospital Administrator Are allowing Unlicensed, Unproffessional, Unskilled Acting Nurses to abuse Patients at Hamilton Correctional Institution Annex.

ON A DAILY BASIS ON Every shift in Confinement H-dormitory, "Their" Pushing Plastic Medication packages Through The Side of The Cell door And Walking off from THE CELL, WHEN Policy And Procedure require (dispensation) of Cell (Single Dose) Medication To be poored In The Prisoner Hands Via of The Correctional official Opening The Cell Feeding Flap, NOT SHOVED Through The Side of THE Door. #2.) ON THE A.M. SHIFT 4:30/5:00 A.M (Single Dose) Passing of MEDICATION THE NURSES HAVE SECURITY TO CUT All THE LIGHTS OFF IN THE DAY ROOM So You CANT IDENTIFIE Who THEY Are, Who IS distributing You The

Medication, So you CANT Address any form of Complaint by The STAFF Personal Name; ON MORE THAN ONE Occasion THE OFFICIALS Have Had THE MEDICATION PASSING IT OUT UNDER THE NURSES INSTRUCTIONS. Several Prisoners like myself Have received Medication Were Not Suppose To be obtaining, belonging to other Prisoners!

THIS HAS BEEN Reported To THE (CHO) And (HSA) only To be Covered Up and encourageed Further. THIS HAS Also Been Reported To Colonel L. Corbin, And Warden Paul Allen, Who THE Grievance Cordinator Blanton, refuse To Process Unless, its against A Black Nurse, Mental Health Staff or doctor.

No where in The State of Florida D.O.C. Is Nurses allowed To Provide Prisoners Single Dose medication Via pushing Said Through The Side of The Cell door Thats Closed inn. THE REASON THE OFFICIAL IS Suppose To Be Escorting Them, is To open The Food Flap So They CAN Dispense medication properly!

THE MAJORITY OF THESE MEDICAL STAFF ARE UNLICENSED. Practicing illegally.

They Are These Corrupt officials Family or Friends of Family being employed Under False Pretenses, Thus, Surely Covered Up by Said Administrative Figures.

WHen And inmate / Prisoner, attempts to forward Complaints to Outside Agencies For investigations, THE MAIL CARRIERS Are obstructing Justice for Them by reopening The MAIL Allowing Security To Read The Contents, And Not forwarding Said Out to The Organization / enity The prisoners Has attempted to enlighten.

pg. 2 oF 3

These reportings CAN be Substantiated by Viewing The (Fixed Wing CAMERAS) To The Quads (1) & (2) of H- dormitory For THE PAST (60) Sixty days.

I Have Gatherd Up Some of THE Small Plastic Packages And A Weeks Worth of A.M. Medication And Forwarded Said To U.S. District Court of Jacksonville For exhibits in Said Like reportings.

I'm more than Sure There Will be No Investigation Whatsoever by This Department, Which is The Sole Reason other enitles Have been provided Copies of THIS exact affidavit.*(NOTE: THIS MEDICAL Dept. HAS BEEN Allerted ON (7) Seven different Occassions of Security Food Poisoning myself, & Fail To address.)

### CERTIFICATION OF SERVICE

I, Andre Sheffield, #116194 Hereby Certify that a true And Correct Copy of This Sworn Affidavit Has been Furnished by use of U.S. MAIL To: Correctional Medical Authority, The Capitol, Ste. 705 Tallahassee, Florida 32399, And U.S. Department of Justice, Civil Rights Division, 950 Pennsylvania Avenue, N.W. Washington, DC 20530 ON This 17th day of April 2023 Through THE HANDS OF MAIL CARRIER (M. Register).

/s/ Andre Sheffield

Andre Sheffield #116194
HAMILTON CORR. INST.
10650 S.W. 46TH STREET
JASPER, FLORIDA
32052

pg. 3 oF 3